# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>    PLAINTIFF<br><br>v.<br><br>KEVIN M. GRAY;<br>LAKE ARROWHEAD COMMUNITY, INC.<br><br>    DEFENDANT(S) | CIVIL ACTION NO:<br>2:23-cv-00047-JDL |

## MOTION TO DISMISS

The default of the subject mortgage in this foreclosure matter has been resolved. Plaintiff hereby moves this Court for an order dismissing this action without prejudice pursuant to F.R.Civ.P. 41(a)(2).

Respectfully submitted,

Dated: 4/21/23                By: */s/ Carrie Folsom*
                                  Carrie Folsom, Esq. #9510
                                  Attorney for Plaintiff
                                  KORDE & ASSOCIATES, P.C.
                                  707 Sable Oaks Dr., Suite 250
                                  South Portland, ME 04106
                                  (207) 775-6223 x25032
                                  CFolsom@kordeassociates.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>PLAINTIFF<br><br>v.<br><br>KEVIN M. GRAY;<br>LAKE ARROWHEAD COMMUNITY, INC.<br><br>DEFENDANT(S) | CIVIL ACTION NO:<br>2:23-cv-00047-JDL |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date hereafter written, I electronically filed the foregoing document and such additional document(s) if applicable filed on said same date, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michael Traister, Esq. at mtraister@mpmlaw.com

Further, I hereby certify that on the date hereafter written, I mailed by United States postal Service, the foregoing document and such additional document(s) if applicable filed on said same date, to the following non-registered participants:

Kevin M. Gray, 665 New Dam Road, North Waterboro, ME 04061

Dated: 4/21/23        By: */s/ Carrie Folsom*
                            Carrie Folsom, Esq. #9510
                            Attorney for Plaintiff
                            KORDE & ASSOCIATES, P.C.
                            707 Sable Oaks Dr., Suite 250
                            South Portland, ME 04106
                            (207) 775-6223 x25032
                            CFolsom@kordeassociates.com
                            MEFednotices@kordeassociates.com