UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES LLC<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil No. 2:23-cv-00047-JDL<br>) |
| KEVIN M GRAY, et al<br>Defendants, | )<br>)<br>) |

## JUDGMENT

In accordance with the Order entered by Chief U.S. District Judge Jon D. Levy on May 15, 2023,

JUDGMENT of dismissal without prejudice is hereby entered.

                                                                    CHRISTA K. BERRY
                                                                    CLERK

                                     By:    /s/ Charity Pelletier
                                                    Deputy Clerk

Dated: June 7, 2023